# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TEXAS CHEMISTRY COUNCIL, INC., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 25-60007 |
| v. | ) | |
| | ) | PETITION FOR REVIEW OF |
| UNITED STATES ENVIRONMENTAL | ) | A FINAL AGENCY ACTION, |
| PROTECTION AGENCY, et al., | ) | U.S. ENVIRONMENTAL |
| | ) | PROTECTION AGENCY |
| Respondents. | ) | |
| _____ | ) | |

## RESPONDENTS' NOTICE OF FILING WITH
## JUDICIAL PANEL ON MULTIDISTRCT LITIGATION

Respondents hereby submit notice to the Court that on January 21st, 2025, the attached corrected notice was filed with the U.S. Judicial Panel on Multidistrict Litigation. IN RE: Environmental Protection Agency, Carbon Tetrachloride (CTC); Regulation Under the Toxic Substances Control Act (TSCA), 89 Fed. Reg. 103,512 (Dec. 18, 2024), Pending MCP No. 4 (assigned MCP No. 195), ECF No. 3. In addition, the original filing, ECF No. 1, filed on January 17, 2025, and a corrected filing at ECF No. 2, also filed on January 17, 2025, are attached.

Respectfully submitted,

DATED: January 29, 2025

s/ *Zoe B. Palenik*
ZOE B. PALENIK
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 353-5625
Zoe.Palenik@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Zoe B. Palenik, hereby certify that on January 29, 2025, I filed the foregoing Respondents' Notice of Filing with the Judicial Panel on Multidistrict Litigation with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will electronically serve Petitioner's counsel who is an CM/ECF user.

s/ *Zoe B. Palenik*
ZOE B. PALENIK